**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| HECTOR RIVAS SANCHEZ, | : | CIV. NO. 26-6605 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **ORDER** |
| | : | |
| | : | |
| TODD BLANCHE, et al., | : | |
| | : | |
| Respondent | : | |

This matter comes before the Court upon the petition for writ of habeas corpus under 28 U.S.C. § 2241, Dkt. No. 1 ("Petition"), submitted by *Pro Se* Petitioner Hector Rivas Sanchez, an immigration detainee confined in Delaney Hall Detention Facility ("Delaney Hall") in Newark, New Jersey.  The proper respondent to a petition for writ of habeas corpus is the Petitioner's immediate custodian, here, Luis Soto, the warden of Delaney Hall.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 43 (2004) ("longstanding practice confirms that in habeas challenges to present physical confinement … the default rule is that the proper respondent is the warden of the facility where the prisoner is being held[.]")  If Petitioner remains confined in Delaney Hall, he can cure this defect in his pleading by filing an amended petition which names Luis Soto as the Respondent.

Additionally, Petitioner has not paid the required $5.00 filing fee for a habeas petition pursuant to 28 U.S.C. § 1914(a).  Petitioner may pay the filing fee by submitting it to the Clerk of Court.  He may alternatively submit an application to

proceed *in forma pauperis* ("IFP application") under 28 U.S.C. § 1915(a), which provides:

> (a)(1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

United States District Court, District of New Jersey Local Civil Rule 54.3(a) states:

> Except as otherwise directed by the Court, the Clerk shall not be required to enter any suit, file any paper, issue any process or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States, nor shall the Marshal be required to serve the same or perform any service, unless the fee therefor is paid in advance. The Clerk shall receive any such papers in accordance with L.Civ.R. 5.1(f).

**IT IS** therefore on this **10th day of June 2026**,

**ORDERED** that the Clerk of the Court shall mark the Petition as received; and it is further

**ORDERED** that, to avoid dismissal of this matter, Petitioner shall submit an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, which names his immediate custodian as the respondent; and Petitioner shall pay the $5.00 filing fee or, alternatively, complete and submit the enclosed IFP application within 30 days from the date of entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order, and a blank form "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" and a blank form "Application to Proceed in District Court Without Prepaying Fess or Costs ("AO-239") upon Petitioner by regular mail.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge